**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-2119**

———————

OSCAR L. SHAW,

    Plaintiff – Appellant,

  v.

DOUGLAS A. CHURDAR, PC Law Firm; DAVID T. RHENEY, Esq. Attorney Nationwide; GARRISON HILL, Judge,

    Defendants – Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry F. Floyd, District Judge. (6:09-cv-02149-HFF)

———————

Submitted:  June 24, 2010   Decided:  June 29, 2010

———————

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Oscar L. Shaw, Appellant Pro Se.  Mary A. Giorgi, Luanne Lambert Runge, GALLIVAN, WHITE & BOYD, PA, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar L. Shaw appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shaw v. Churdar, No. 6:09-cv-02149-HFF (D.S.C. Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED